## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| FIRSTBANK<br><br>        Plaintiff,<br><br>v.<br><br><br>EDWARD GERALD KAY and HEIDI KAY,<br><br>        Defendants. | Civil Action No. 12-cv-7773 (KSH)(CLW)<br><br>**STIPULATION** |

Plaintiff Firstbank ("Plaintiff") and Defendants Edward Gerald Kay and Heidi Kay (together "Defendants"), through their respective counsel, hereby stipulate and agree that the Plaintiff hereby withdraws its Motion for Default and, further, that Defendants shall answer or otherwise move on or before August 29, 2013.

IT IS THERFORE ORDERED that the Plaintiff's Motion for Default, dated July 9, 2013, is hereby withdrawn in the interest of judicial economy.

IT IS THEREFORE ORDERED that the Defendants shall answer, or otherwise move, on or before August 29, 2013.

IT IS SO ORDERED.

Dated: Monday, July 29, 2013

| BOWLES LUTZER & NEWMAN LLP | THE LAW OFFICES OF NEAL |
|---|---|
| *Attorneys for Defendants* | BRICKMAN, PC |
| | *Attorneys for Plaintiff* |

Jared B. Spiegel (JS9928)
Samantha H. Evans (SE0898)
708 Third Avenue, 6th Floor
New York, New York 10017
(212) 209-3807

Aaron A. Mitchell (AM0831)
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 986-6840

SO ORDERED:

_____ S.D.J.
The Hon. Katharine S. Hayden